720

No. 597. VINCENT v. UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed *in forma pauperis,* denied. *Mr. James Conlon* for petitioner. *Messrs. Claude R. Branch, J. Frank Staley, W. Marvin Smith,* and *W. Clifton Stone* for the United States.

No. 600. MORRISON v. THE WARDEN OF THE U. S. PENITENTIARY, ATLANTA, GEORGIA. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. James Morrison, pro se.* No appearance for respondent.

No. 501. DROPPS v. UNITED STATES. February 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles E. Dropps, pro se. Assistant Attorney General Youngquist* and *Mr. Claude R. Branch* for the United States.